IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

UNITED STATES OF AMERICA

      v.                                    CASE NO. 4:25-mj-17     (AGH)

VINCE LOVE

_____

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
## (RECKLESS STUNT DRIVING)

VIOLATION NO. E2278124

That on or about October 15, 2024, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **VINCE LOVE** did operate a vehicle while unlawfully laying drags in reckless disregard for the safety of persons on a highway; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-390.1.

## COUNT TWO
## (LAYING DRAGS)

VIOLATION NO. E2278125

That on or about October 15, 2024, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **VINCE LOVE** did unlawfully operate a vehicle upon public streets in such a manner as to create a danger to persons or property by intentionally and unnecessarily laying drags, in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-251.

## COUNT THREE

### (SUSPENDED REGISTRATION)

VIOLATION NO. E2017931

That on or about October 15, 2024, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **VINCE LOVE** did knowingly drive a motor vehicle on a public highway at a time when the registration of such vehicle was suspended, canceled, or revoked; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-15.

## COUNT FOUR

### (EXCESSIVE SPEED)

That on or about October 15, 2024, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as the United States Army Maneuver Center of Excellence, Fort Moore, Georgia, and located within the Columbus Division of the Middle District of Georgia and within the jurisdiction of this Court, **VINCE LOVE** did unlawfully drive a motor vehicle at a speed greater than was reasonable and prudent under the conditions; in violation of Title 18, United States Code, Sections 7 and 13, in conjunction with the Official Code of Georgia Annotated, Section 40-6-180.

C. SHANELLE BOOKER
ACTING UNITED STATES ATTORNEY

/s/ Scott D. Gronsky
SCOTT D. GRONSKY
Special Assistant United States Attorney
Office of the Staff Judge Advocate
6930 Morrison Avenue, Building 130
Fort Moore, Georgia 31905
(706) 604-8280
scott.d.gronsky.mil@army.mil