IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VINCE LOVE | CASE NO.: 4:25-MJ-00017-AGH-1 |

## NOTICE OF APPEARANCE

**COMES NOW** undersigned counsel, Jessica M. Lee, who hereby enters her appearance as counsel on behalf of ***Vince Love*** in the above-styled case. All future notices of filings and proceedings should be directed to her.

Dated this 6th day of February 6, 2025.

                                             Respectfully submitted,

                                             **s/Jessica M. Lee**
                                             JESSICA M. LEE
                                             Assistant Federal Defender
                                             GA Bar No. 889820
                                             Federal Defenders of the
                                             Middle District of Georgia, Inc.
                                             233 12th Street, Suite 400
                                             Columbus, Georgia 31901
                                             Tel:  (706) 358-0030
                                             Fax: (706) 358-0029
                                             Email:  jessy_m_lee@fd.org

## CERTIFICATE OF SERVICE

I, Jessica M. Lee, hereby certify that on February 6, 2025 I electronically filed the foregoing with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

**s/Jessica M. Lee**
JESSICA M. LEE
Assistant Federal Defender
GA Bar No. 889820
Federal Defenders of the
Middle District of Georgia, Inc.
233 12th Street, Suite 400
Columbus, Georgia 31901
Tel: (706) 358-0030
Fax: (706) 358-0029
Email: jessy_m_lee@fd.org
